Opinion issued May 8, 2025



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00091-CV

———————————

**CADENCE BANK FORMERLY KNOWN AS BANCORPSOUTH EQUIPMENT FINANCE, Appellant**

**V.**

**THE MOVEMENT AGENCY LLC AND KENNETH HENRY, INDIVIDUALLY, Appellees**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-24507**

---

## MEMORANDUM OPINION

Appellant Cadence Bank has filed a motion for voluntary dismissal of this appeal, averring that the trial court's granting of appellant's motion to reinstate the underlying case moots the appeal. No other party has filed a notice of appeal, and no

opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.